UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR119-039 |
| ) | |
| RICKIE D. WILLIAMS ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Clayton L. Jolly, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Clayton L. Jolly, III** be granted leave of absence for the following periods: **May 3, 2019 through May 6, 2019; June 11, 2019 through June 28, 2019; and July 29, 2019 through August 5, 2019.**

This 5th day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA