FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 SEP 13 PM 2: 33

CLERK. M. Ceno
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

IN RE:                                    )
                                          )  Case Nos.:
LEAVE OF ABSENCE REQUEST                  )
HENRY W. SYMS, JR.                        )         CR118-042, M. McNatt
October 9, 2019 through October 11,       )         CR118-089, T. Thomas
2019                                      )         CR119-005, N. Herrington
                                          )         CR119-017, L. Finley, Jr.
                                          )         CR119-026, J. Bogans
                                          )         CR119-028, C. Devore
                                          )         CR119-038, E. Smith, III
                                          )         CR119-039, R. Williams
                                          )         CR119-050, B. Whitehead
                                          )         CR119-062, T. Comer
                                          )         CR119-064, D. McFarlin
                                          )         CR119-075, D. Shanks
                                          )         CR119-082, M. McNatt
                                          )         CR119-085, F. Brown
                                          )         CR119-096, A. Brinson
                                          )         CR119-101, D. Shanks

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United

States of America in the above-cited cases on behalf of Assistant United States

Attorney Henry W. Syms, Jr. for the dates of October 9, 2019 through October 11,

2019 for family vacation; same is hereby GRANTED.

This _13th_ day of _September_, 2019.

CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA