UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 OCT 10 AM 10: 58

CLERK J. Hodge
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-039 |
| | ) | |
| RICKIE D. WILLIAMS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Clayton L. Jolly, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Clayton L. Jolly, III** be granted leave of absence for the following periods: **November 9, 2019 through November 14, 2019; and December 26, 2019 through January 3, 2020.**

SO ORDERED, this the 10th day of October, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA