UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-039 |
| | ) | |
| RICKIE D. WILLIAMS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Clayton L. Jolly, III** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Clayton L. Jolly, III** be granted leave of absence for the following periods: **February 28, 2020 through March 5, 2020 and April 28, 2020 through May 4, 2020.**

**SO ORDERED**, this the 22nd day of January, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA