UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUN  4 2026

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR119-039 |
| | ) | |
| RICKIE D. WILLIAMS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Clayton L. Jolly, III** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Clayton L. Jolly, III** be granted leave of absence for the following periods:  June 24, 2026 through June 28, 2026; September 25, 2026 through October 3, 2026; and December 15, 2026 through December 29, 2026.

**SO ORDERED**, this the _____ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA